UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN CHIVALIER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:22-cv-00036-MPB-MJD ) |
| SMARTSCRIPTS, LLC, | ) ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

Upon the parties' stipulation, this action is dismissed without prejudice, with leave to reinstate on or before September 29, 2023, and with each party to bear their own attorneys' fees and costs. If a motion to reinstate is not filed by September 29, 2023, the dismissal of Plaintiffs' individual claims will automatically convert to a dismissal with prejudice, without further order of the Court. The dismissal of the claims of any absent class members, however, will remain without prejudice.

**SO ORDERED.**

Dated: June 28, 2023

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of
record via email generated by the
court's ECF system.